UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  12-80146-CIV-WILLIAMS

JOHN KORMAN and
PAMELA KORMAN,

     Plaintiffs,

v.

AMERICAN EXPRESS BANK, FSB
and BRUCE E. WAGNER, DERYL
G. HUNT, JOANNA C. EVANS, and
WAGNER & HUNT P.A.,

     Defendants.
_____/

## ORDER TO SHOW CAUSE

On February 27, 2012 and March 5, 2012, Defendants filed their respective motions to dismiss. [D.E.s 6, 7]. The deadline for Plaintiffs to respond has passed. By **April 13, 2012 at 5:00 P.M.** the Plaintiffs are ORDERED to show cause why the Defendants' Motions should not be granted.

DONE AND ORDERED in Chambers, at Miami, Florida, this *3rd* day of April, 2012.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:  Counsel of record

John and Pamela Korman
934 SW 21st Way
Boca Raton, FL 33486